UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY CHAPMAN,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No.  CV-09-222-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br><br>(Ct. Rec. 21) |

    The parties filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 21**). The parties have filed a consent to proceed before a magistrate judge (Ct. Rec. 10).

    After considering the stipulation, **IT IS ORDERED** that the motion (**Ct. Rec. 21**) is **GRANTED**. The case is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Administrative Law Judge (ALJ) will:

    (1) conduct a new hearing, further develop the record, and issue a new decision;

    (2) reevaluate and further develop the medical evidence;

    (3) reevaluate steps 2 and 4 of the sequential evaluation;

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

1    (4) reevaluate plaintiff's credibility pursuant to SSR 96-7p;

2    (5) reevaluate plaintiff's RFC pursuant to SSR 96-8p, and

3    (6) perform new steps 4 and 5 of the evaluation process with the aid of a VE if necessary.

Because this remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 21**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 5th day of August, 2010.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2