# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

MARY CHAPMAN,                          )
                                       )
                    Plaintiff,         )
                                       )          NO.   CV-09-222-JPH
        vs.                            )
                                       )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                     )              **CIVIL CASE**
Commissioner of Social Security,       )
                                       )
                    Defendant.         )
                                       )
_____)

**STIPULATION BY THE PARTIES:**

        The parties have stipulated to the remand of the captioned matter pursuant
to sentence four of 42 U.S.C. § 405(g).

        **IT IS ORDERED AND ADJUDGED** that:

        The matter is **REMANDED** for additional proceedings pursuant to sentence
four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be
**CLOSED.**

        DATED this 5th day of August, 2010.

                                   JAMES R. LARSEN
                                   District Court Executive/Clerk


                                   by: __s/ Karen White_____
                                            Deputy Clerk

cc: all counsel